# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIERRA HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>　　　　Defendant. | Case No. C17-883-RSL<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law, and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP (Dkt. 1) is DENIED. Plaintiff's application is deficient because she failed to comply with LCR 3(b). Specifically, plaintiff failed to use the proper IFP application form approved for use in this district.

(2) Plaintiff is GRANTED LEAVE TO AMEND, and shall have **30 days** from the date of this Order to correct this deficiency. Plaintiff is advised that this case may be subject to dismissal if she does not respond to this Order or fails to correct this deficiency.

//

//

ORDER
PAGE - 1

(3) The Clerk is directed to send plaintiff a blank copy of the Court's IFP application, a standard written consent for payment of costs form, and a copy of this Order.

DATED this 13th day of June, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge