UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIERRA HOUSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>    Defendant. | Case No. C17-883-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

    Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint in the above-entitled action. Dkt. 1; Dkt. 1-1. Although plaintiff filed an application to proceed *in forma pauperis* ("IFP"), she did not use the correct form approved for use in this district. On June 13, 2017, the Court denied plaintiff's application, and granted plaintiff leave to amend within thirty days, or else her action may be dismissed. Dkt. 3. Plaintiff was also mailed a blank copy of the Court's IFP application. *See id.* On July 20, 2017, plaintiff filed an amended IFP motion, but once again failed to use the correct form approved for us in this district although the correct form had been provided to her. Dkt. 4.

    As plaintiff has had ample time to correct the deficiencies in her IFP application, but has failed to do so, this Court recommends that the instant action be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION
PAGE - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk
2  and served upon all parties to this suit by no later than **August 15, 2017**.  Failure to file
3  objections within the specified time may affect your right to appeal.  Objections should be
4  noted for consideration on the District Judge's motion calendar for the third Friday after they
5  are filed.  Responses to objections may be filed within **fourteen (14)** days after service of
6  objections.  If no timely objections are filed, the matter will be ready for consideration by the
7  District Judge on **August 18, 2017**.

8  This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
9  seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
10 assigned District Judge acts on this Report and Recommendation.

11 DATED this 25th day of July, 2017.

*/s/ James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2